**Cynthia N. PAPACH, Administratrix of the Estate of Christopher K. Haws, Deceased**

v.

**MERCY SUBURBAN HOSPITAL, Kevin M. McAveney, D.O., Dr. John Doe, Cedar Management Corporation t/a Mercy Health Care System, L. Wimal Perera, M.D., Edward Schrieber, D.O., Jeffrey Brand, D.O., Suburban General Radiology Associates, P.C., David Bolden, D.O. and Frank Dupont, III, M.D.**

**Petition of Mercy Suburban Hospital and Frank Dupont, III, M.D.**

**Cynthia N. Papach, Administratrix of the Estate of Christopher K. Haws, Deceased**

v.

Mercy Suburban Hospital, Kevin M. Mcaveney, D.O., Dr. John Doe, Cedar Management Corporation t/a Mercy Health Care System, L. Wimal Perera, M.D., Edward Schrieber, D.O., Jeffrey Brand, D.O., Suburban General Radiology Associates, P.C., David Bolden, D.O. and Frank Dupont, III, M.D.

**Petition of Kevin M. McAveney, D.O. and Edward Schrieber, D.O.**

Supreme Court of Pennsylvania.

Jan. 2, 2007.

## *ORDER*

PER CURIAM:

AND NOW, this 2nd day of January, 2007, the Petitions for Allowance of Appeal are hereby GRANTED, the order of the Superior Court is VACATED, and the matter is REMANDED to the Superior Court for further proceedings, including remand to the common pleas court for evidentiary hearings if necessary, to determine the responsibility for the absence of the transcripts from the record certified for appeal. *See Commonwealth v. Williams,* 552 Pa. 451, 715 A.2d 1101 (1998); *United Nat'l Ins. Co. v. J.H. France Refractories Co.,* 558 Pa. 409, 737 A.2d 738 (1999) *(per curiam).*